# Third District Court of Appeal

## State of Florida

Opinion filed March 8, 2017.

_____

No. 3D16-1021
Lower Tribunal No. 16-1432
_____

**Nedra Gabriel,**
Appellant,

vs.

**Doris Salazar,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio E. Marin, Judge.

Jay Koretsky (Lauderdale Lakes), for appellant.

Eaton & Wolk, and Douglas F. Eaton, for appellee.

Before LAGOA, SALTER and FERNANDEZ, JJ.

PER CURIAM.

<u>Concession of Error</u>

Based on the appellee's commendable concession, we reverse the dismissal

with prejudice of the complaint.  We remand with instructions to permit the plaintiff to amend the complaint.

Reversed and remanded.